(INND Rev. 12/23)                                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

**FILED**
DEC 23 2025
At_____
Chanda J. Berta, Clerk    M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Corwin L. Richardson ,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

Thor Motorcoach ,
*[The DEFENDANT is who you are suing.]*

Case Number ___3:25-cv-1079___
*[For a new case in this court, leave blank.
The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: ___1350 N. Johnson Street___
   ___South Bend IN 46628___

2. My telephone number is: (574) ___440-9641___

3. The Defendant's address is: ___606 Nelsons Parkway Wakarusa IN___
   ___46573___

4. This action is brought for employment discrimination pursuant to:

   ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      *[race, color, gender, religion, national origin]*

   ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ◯ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ◯ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the
   Indiana Civil Rights Commission on: ___4/17/2024___

6. The date on my Notice of Right to Sue letter is: ___9/25/2025___

7. The date I received my Notice of Right to Sue letter was: _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 12/23)                                                                 page 2

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I Corwin Richardson is an African American male who was employed by Thor Motorcoach almost 20 years. From June 2004 to Feb 2024. I was in management for 12 + years of the 20. During my time in the position I experience discriminate treatment, hostile treatment and retalitory treatment from making complaints about how I was treated. eventually this resulted in me being wrong terminated on 2/9/2024 without reason. I was constantly exposed to unequal treatment that included discipline, denial of opportunities, harsher inforcement of rules and disparate treatment, ect. I had reported the discriminatory treatment on multiple occassions to HR and upper mngt. with things never being resolved, but continued to get worse until eventually I was fired.

FYI I was the only minority all of my peers were white. I believe my rights have been violated under Title VII of the Civils rights act of 1964

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

RELIEF – If you win this case, what do you want the court to order the defendant to do?

A. ENTer Judge in my Favor

B. Award back pay, FroNT pay and lost beneFiTs

C. Award Compensary and puniTive damages as allowed by law.

D. Award Costs and reasonable aTTorney Fees iF cowsel is later reTaiNod E. GraNT other relief as courT deems Fair.

DOCUMENTS – I have attached a copy of the following documents:

☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

☑ Notice of Right to Sue letter

◯ Other: _____

_____

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

___✓___ I will keep a copy of this complaint for my records.

___✓___ I will promptly notify the court of any change of address.

___✓___ I declare **under penalty of perjury** that the statements in this complaint are true.

___Corwin Richardso___   ___2/23/2025___

Signature                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]